

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Guardianship of Craig Harlan Pense, an Incapacitated Person

No. 06-22-00024-CV

Appeal from the County Court at Law of Hopkins County, Texas (Tr. Ct. No. G04-00061). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that each party shall bear their own costs of appeal.

RENDERED JANUARY 18, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk